UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

YEFFREY LINERO BLANCO                                           PETITIONER

VERSUS                              CIVIL ACTION NO. 5:26-CV-106-DCB-RPM

RAFAEL VERGARA                                                 RESPONDENT

### ORDER GRANTING MOTION TO APPEAR PRO HAC VICE
### AND MOTION TO WAIVE PRO HAC VICE FEE

The Court has considered the [10] Motion to Appear Pro Hac Vice filed by Petitioner Yeffrey Linero Blanco for attorney Rebecca Hufstader and the [11] Motion to Waive Pro Hac Vice Fee. The Court finds the motions to be in substantial compliance with Rule 83.1 of the Local Rules of the United States District Court for the Southern District of Mississippi.

IT IS THEREFORE ORDERED that the [10] Motion to Appear Pro Hac Vice is hereby GRANTED, and that Rebecca Hufstader shall be admitted to serve as co-counsel for Petitioner Yeffrey Linero Blanco. Admission is conditioned upon completion of the registration procedures found on the Court's website and at the following link: https://www.mssd.uscourts.gov/attorney-admissions-page.

IT IS FURTHER ORDERED that, pursuant to Local Rule 83.1(d)(5), the [11] Motion to Waive Pro Hac Vice Fee is GRANTED.

SO ORDERED AND ADJUDGED, this the 22nd day of April 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE